**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1260**

———————

CYNTHIA CRITCHFIELD,

Plaintiff - Appellant,

versus

U.S. DRUG ENFORCEMENT AGENCY,

Defendant - Appellee,

and

DATATRAC INFORMATION SERVICES, INCORPORATED,

Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-02-1456-A)

———————

Submitted: October 29, 2003      Decided: December 12, 2003

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert R. Weed, THE LAW OFFICES OF ROBERT R. WEED, Sterling, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Gerard J. Mene, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cynthia Critchfield appeals the district court's order dismissing her complaint against the United States Drug Enforcement Agency arising out of the DEA's failure to provide Critchfield with a security clearance or permit her to begin work for its contractor, Datatrec Information Services, prior to issuance of a security clearance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Critchfield v. U.S. Drug Enforcement Agency</u>, No. CA-02-1456-A (E.D. Va. Jan. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>